IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| JACOB A. SCHUR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:15-cv-01013 (JCC/IDD) |
| | ) | |
| LEILA H. ZACKRISON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

For the reasons stated in open court on November 19, 2015, and in the accompanying memorandum opinion, it is hereby ORDERED that:

(1) Defendants' Motion to Dismiss [Dkt. 5] is DENIED;

(2) Plaintiff's Motion to Voluntarily Dismiss Defendant Leila Zackrison, M.D., P.C. [Dkt. 10] is GRANTED;

(3) Plaintiff's case will proceed against Defendant Leila Zackrison, M.D.;

(4) the Clerk of the Court shall forward copies of this Order and accompanying memorandum to all counsel of record.

                                                                                                         /s/

December 8, 2015                                                   James C. Cacheris
Alexandria, Virginia                         UNITED STATES DISTRICT COURT JUDGE