UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | |
|---|---|
| JACOB A. SCHUR,<br><br>    *Plaintiff*,<br><br>v.<br><br>LEILA H. ZACKRISON, M.D.,<br><br>    *Defendant*. | 1:15-CV-01013-JCC-IDD |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Jacob A. Schur (the "Plaintiff") and Leila H. Zackrison, M.D. (the "Defendant"), by counsel, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with no award of costs or fees to any party.

Stipulated to and presented on this 2nd day of August, 2016.

        Respectfully submitted,

        JACOB A. SCHUR

Dated: August 2, 2016    By: _____/s/_____
        Gary B. Mims, Esq.
        Virginia Bar No. 19184
        Matthew C. Perushek, Esq.
        Virginia Bar No. 84308
        Attorney for Plaintiff Jacob A. Schur
        SICKELS, FREI & MIMS, P.C.
        3925 Chain Bridge Road, Suite 402
        Fairfax, Virginia 22030
        Telephone:(703) 925-0500
        Facsimile: (703) 925-0501
        Email:   matthew.perushek@sfmlawyers.com
                      gary.mims@sfmlaywers.com

        LEILA H. ZACKRISON, M.D.

Dated: August 2, 2016    By: _____/s/_____
        Kathryn A. Grace, Esq.
        Virginia Bar No. 71213
        Camille E. Shora, Esq.
        Virginia Bar No. 65933
        Attorneys for Defendant Leila H. Zackrison, M.D.
        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
        8444 Westpark Drive, Suite 510
        McLean, Virginia 22102
        Telephone:(703) 245-9300
        Facsimile: (703) 245-9301
        Email:   kathryn.grace@wilsonelser.com
                      camille.shora@wilsonelser.com